## GUADALUPE SANCHEZ, Appellant, v. WILLIAM ROACH, and Others, Respondents.

Where an appeal was taken and perfected after the death of the appellant: *Held*, that there was no authority for prosecuting the cause in the name of the deceased ; but that all proceedings should have been stayed until the executor or administrator could, by suggestion, have been made a party.

APPEAL from the District Court of the Third Judicial District, Monterey County.

*Howard* and *Perley* for Appellants.

*D. S. Gregory* for Respondent.

MURRAY, C. J., delivered the opinion of the Court.    HEYDENFELDT, J., concurred.

The appeal in this case, was taken and perfected in the Court below, after the decease of the appellant.

The affidavit of the respondents' counsel, which is not contravened, shows that the appellant died on the same day that the judgment was rendered.   There was then no authority for prosecuting the cause in the name of the deceased; but all proceedings ought to have been stayed until, by suggestion, his executor or administrator was made a party.

Let the appeal be dismissed.